# Law Offices of
# Raymond Elvis Gazer
# 172 East 161st Street
# Bronx, New York 10451
# (917)848-0527·REGazer@gmail.com

**Raymond Elvis Gazer, Esq.**

---

June 29th, 2023

*Via Electronic Court Filing*
Honorable Lorna G. Schofield
United States District Judge
Southern  District of New York
40 Foley Square
New York, New York 10007

    Re:  United States of America versus Liaquat Cheema, et. al., including Shouket Chudhary

        22-Cr.-00615(LGS)

Your Honor,

    I write on behalf of my client, Shouket Chudhary, to respectfully request that the conditions of his release on bond be temporarily modified.  Currently, the conditions of Mr. Chudhary's release restrict his travel to the Southern and Eastern Districts of New York.  However, on July 4th, he and his family wish to attend a combined Eid and wedding celebration in Edison, New Jersey at the home of close family friends.  He expects to leave his residence at about 11 a.m. and return at approximately 9 p.m.  Neither the Government nor Pretrial Services has any objections to this request.

I thank you for your consideration of this request.

                                        Respectfully submitted,

                                        *Raymond Elvis Gazer*
                                        Raymond Elvis Gazer, Esq.

CC:       The Government

           *Via ECF*