## Law Offices of
## Raymond Elvis Gazer
172 East 161st Street
Bronx, New York 10451
(917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.
_____

January 27th, 2025

*Via Electronic Court Filing*
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  United States of America versus Liaquat Cheema, et. al., including Shouket Chudhary

          S3 22-Cr.-00615 (LGS)

Your Honor,

    I write on behalf of my client, Shouket Chudhary, to respectfully request an adjournment of his sentencing, which is currently scheduled for February 18th, 2025, and make a concomitant request to adjourn the deadlines for the parties' sentencing submissions. Unfortunately, my father passed away on Tuesday, January 21st. While his death was unexpected, he spent twelve days in the intensive care unit leading up to it. Thus, I have been unable to, among other things, adequately prepare for Mr. Chudhary's sentencing.

    The Government has no objection to this request. Should the Court have any questions or concerns, I would be happy to address them. I thank you for your consideration of this matter.

Application Granted. Defendant Shouket Chudhary's sentencing hearing currently scheduled for February 18, 2025, is adjourned to **April 21, 2025, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **March 31, 2025**. The Government's sentencing submission shall be filed by **April 3, 2025**. The Clerk of the Court is directed to terminate the letter motion at docket number 156.

Dated: January 28, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

                                         Respectfully submitted,

                                         */s/ Raymond Elvis Gazer*
                                         Raymond Elvis Gazer, Esq.