# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

---

July 1st, 2025

*Via Electronic Case Filing*
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application Granted. Pretrial Services is directed to release Defendant' Chudhary's passport. The Clerk of the Court is directed to terminate the letter motion at docket number 190.
>
> Dated: July 9, 2025
> New York, New York
>
> *[Signature]*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   United States of America versus Shouket Chudhary
      S3 22-Cr.-00615 (LGS)

Your Honor,

   I write to respectfully request the Court direct Pretrial Services to return Mr. Chudhary's passport, which he had surrendered as a condition of his pretrial release. On April 21st, 2025, Mr. Chudhary was sentenced to time served followed by three years of supervised release. He is currently being supervised in the Eastern District of New York. The Government does not object to this request.

                              Respectfully submitted,

                              *[Signature: Raymond Elvis Gazer]*
                              Raymond Elvis Gazer, Esq.

CC:   The Government via ECF