# Law Offices of
# Raymond Elvis Gazer
## 172 East 161st Street
## Bronx, New York 10451
## (917)848-0527· REGazer@gmail.com

Raymond Elvis Gazer, Esq.

October 22nd, 2025

*Via Electronic Case Filing*
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:  United States of America versus Shouket Chudhary
           S3 22-Cr.-00615 (LGS)

Your Honor,

    I write to respectfully request permission for my client, Shouket Chudhary, to travel to Punjab, Pakistan, to visit his ailing sister, who, unfortunately, has recently suffered a stroke. As the Court will recall, on April 21st, 2021, Mr. Chudhary was sentenced to time served followed by three years of supervised release, and he is currently being supervised in the Eastern District of New York, where he is in full compliance with the terms of his supervision.

    Mr. Chudhary would depart to Pakistan on November 4th, 2025, and arrive back in New York on December 4th. If the Court grants the request, his daughter will immediately purchase the airline tickets on his behalf. His Probation Officer, Nick Edon, has no objection to this request. Should the Court have any questions or concerns, I would be happy to address them.

Defendant Chudhary's application to travel to Punjab, Pakistan on November 4, 2025, and return on December 4, 2025, is GRANTED. Defendant shall provide his itinerary to his probation officer. The Clerk of the Court is directed to terminate the letter motion at docket number 217.

Dated: October 23, 2025
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

                                      Respectfully submitted,

                                      */s/ Raymond Elvis Gazer*
                                      Raymond Elvis Gazer, Esq.

CC:   The Government via ECF